# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.

**MCHENRY LITTLETON**

_____/

**INFORMATION**

5:25MJ39-MJF

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about December 17, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Veteran Affairs Panama City East Magnolia Community Based Outpatient Clinic, Panama City, Florida, the defendant,

### MCHENRY LITTLETON,

did commit disorderly conduct which created loud, boisterous and unusual noise, and which obstructed the normal use of entrances, exits, foyers, offices, corridors, elevators, and stairways, and which tended to impede and prevent the normal operation of a service or operation of the facility, in violation of Title 38, Code of Federal Regulations, Section 1.218(a)(5) and (b)(11).

June 16, 2025

_____
JOHN P. HEEKIN
United States Attorney

_____
DATE

FILED USDC FLND PN
JUN 16 '25 PM 12:32 AB